DOMINIKA ZAKRZEWSKA, Respondent, v THE NEW SCHOOL, Appellant, et al., Defendant.

Submitted February 16, 2010; decided February 18, 2010

Motion by Memorial Sloan-Kettering Cancer Center et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.